AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| MARISELA MATA and BIBIANA HERNANDEZ, as individuals and on behalf of all similarly situated. | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | | 19-cv-22025-JAL |
| GRUPO HOTELERO GRAN CARIBE, ET AL. | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GRUPO HOTELERO GRAN CARIBE
7ma. Avenida No. 4210 entre 42 7 44
Miramar, Playa
La Habana, Cuba

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Andres Rivero, Esq.
Rivero Mestre LLP
2525 Ponce de Leon Blvd.
Suite 1000
Miami, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: May 20, 2019



Angela E. Noble
Clerk of Court

s/ *Janier Arellano*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

MARISELA MATA and BIBIANA HERNANDEZ, as individuals and on behalf of all similarly situated.

*Plaintiff(s)*

v.

GRUPO HOTELERO GRAN CARIBE, ET AL.

*Defendant(s)*

19-cv-22025-JAL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GRUPO DE TURISMO GAVIOTA S.A.
Edificio La Marina, 3er Piso
Avenida del Puerto No. 102 entre Justiz y Obrapia
La Habana, Cuba

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Andres Rivero, Esq.
Rivero Mestre LLP
2525 Ponce de Leon Blvd.
Suite 1000
Miami, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: May 20, 2019



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Janier Arellano

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

MARISELA MATA and BIBIANA HERNANDEZ, as individuals and on behalf of all similarly situated.

*Plaintiff(s)*

v.

GRUPO HOTELERO GRAN CARIBE, ET AL.

*Defendant(s)*

19-cv-22025-JAL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CORPORACION DE COMERCIO Y TURISMO
INTERNACIONAL CUBANACAN S.A.
Calle 23 No. 156 entre N y O
Vedado, Plaza de la Revolucion
La Habana, Cuba

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Andres Rivero, Esq.
Rivero Mestre LLP
2525 Ponce de Leon Blvd.
Suite 1000
Miami, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: May 20, 2019



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Janier Arellano

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

MARISELA MATA and BIBIANA HERNANDEZ, as individuals and on behalf of all similarly situated.

*Plaintiff(s)*

v.

GRUPO HOTELERO GRAN CARIBE, ET AL.

*Defendant(s)*

19-cv-22025-JAL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CORPORACION CIMEX S.A.
Edificio Sierra Maestra
Calle 1 entre 0 y 2
La Puntilla, Miramar
Havana, Cuba

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Andres Rivero, Esq.
Rivero Mestre LLP
2525 Ponce de Leon Blvd.
Suite 1000
Miami, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: May 20, 2019



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ *Janier Arellano*

Deputy Clerk
U.S. District Courts