UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19cv22025

MARISELA MATA and BIBIANA HERNANDEZ, as individuals and on behalf of all similarly situated.
    Plaintiff,

v.

GRUPO HOTELERO GRAN CARIBE, ET AL.

    Defendants,



FILED BY _____ D.C.
JUN 14 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## CLERK'S NOTICE OF INTERNATIONAL SERVICES

In accordance with Federal Rules of Civil Procedure Rule 4, and/or 28 U.S.C. § 1608(a)(3) or (b)(3)(B), the Clerk certifies that on this **14TH**, day of **June 2019**, (*summons and complaint*) have been mailed via International Service to:

Defendant: Grupo Hotelero Gran Caribe
7ma. Avenida No.4210 entre 42 y 44
Miramar, Playa
La Habana, Cuba

Country: Cuba

Article number: RF 245 426 244 US

DONE at the Federal Courthouse Square, Miami, Florida, this **14TH**, day of **June 2019**.

ANGELA E. NOBLE
Court Administrator • Clerk of Court

By: _____
Deputy Clerk

c:    U.S. District Judge
    All counsel of record

| Register | RF 245 426 244 US | Date Stamp |
|---|---|---|
| To Be Completed By Post Office | Postage $ <br> Extra Services & Fees <br> ☐ Registered Mail $_____ <br> ☐ Return Receipt (hardcopy) $_____ <br> ☐ Return Receipt (electronic) $_____ <br> ☐ Restricted Delivery $_____ <br> Customer Must Declare Full Value <br> $ | Extra Services & Fees (continued) <br> ☐ Signature Confirmation $_____ <br> ☐ Signature Confirmation Restricted Delivery $_____ <br> Total Postage & Fees $ <br> Received by | Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). |

**OFFICIAL USE**

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM: Angela E. Noble, Clerk of Courts
U.S. District Court, Southern Dist. of Fla.
400 North Miami Avenue
Miami, FL 33128

TO: Grupo Hotelero Gran Caribe
1ma Avenida No. 4210 entre 42
y 44, Miramar, Playa
La Habana, Cuba

PS Form **3806**, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com ®

Copy 1 - Customer
(See Information on Reverse)



RF 245 426 244 US



Angela Noble, Clerk of Courts
US Dist. Court, Southern Dist. of Fla.
400 North Miami Avenue
Miami Florida, 33128

GRUPO HOTELERO CARIBE
7MA. AVENIDA NO. 4210 ENTRE 42 Y 44
MIRAMAR, PLAYA
LA HABANA, CUBA

★ 19CV22025 ★

| Item Description (Nature de l'envoi) | Registered Article (Envoi recommandé) | ☐ Letter (Lettre) | ☐ Printed Matter (Imprimé) | ☐ Other (Autre) | ☐ Express Mail International |
|---|---|---|---|---|---|
| Insured Parcel ☐ (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | | Article Number | | |
| Office of Mailing (Bureau de dépôt) | | | Date of Posting (Date de dépôt) | | |

Addressee Name or Firm (Nom ou raison sociale du destinataire)
Grupo Hotelero Gran Caribe
Street and No. (Rue et No.)
7ma. Avenida No. 4210 entre 42 y 44
Place and Country (Localité et pays)
Miramar, Play La Habana, Cuba

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur).

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

Signature of Addressee (Signature du destinataire)

Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

Date

Postmark of the office of destination (Timbre du bureau de destination)

PS Form 2865, March 2007 (Reverse)  PSN 7530-01-000-9775