IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:19-CV-22025-JAL

MARISELA MATA and BIBIANA
HERNANDEZ, as individuals and
on behalf of all others similarly situated.

v.

GRUPO HOTELERO GRAN CARIBE,
CORPORACIÓN DE COMERCIO Y
TURISMO INTERNACIONAL
CUBANACÁN S.A., GRUPO DE
TURISMO GAVIOTA S.A.,
CORPORACIÓN CIMEX S.A., RAÚL
DOE 1-5, MARIELA DOE 1-5,

    Defendants,
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs give notice that the above-captioned case is voluntarily dismissed without prejudice.

Dated: September 12, 2019

          Respectfully submitted,

          **RIVERO MESTRE LLP**
          2525 Ponce de Leon Blvd., Suite 1000
          Coral Gables, Florida 33134
          Telephone: (305) 445-2500
          Facsimile: (305) 445-2505
          E-mail: arivero@riveromestre.com
          E-mail: jmestre@riveromestre.com
          E-mail: crodriguez@riveromestre.com

By:    ___/s/ Andrés Rivero_____
        ANDRÉS RIVERO

Florida Bar No. 613819  
JORGE A. MESTRE  
Florida Bar No. 88145  
CARLOS A. RODRIGUEZ  
Florida Bar No. 0091616  

**MANUEL VAZQUEZ, P.A.**  
2332 Galiano St., Second Floor  
Coral Gables, Florida 33134  
Telephone: (305) 445-2344  
Facsimile: (305) 445-4404  
E-mail: mvaz@mvazlaw.com  

By:      /s/ Manuel Vazquez\_\_\_\_  
MANUEL VAZQUEZ  
Florida Bar No. 132826

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2019, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF system, which sent notice of such filing to all parties of record.

/s/ Andrés Rivero\_\_\_\_  
Andrés Rivero  
Fla. Bar No. 613819